

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00072-CV

**EX PARTE** Guadalupe **TORRES**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                    Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice

On May 6, 2014, this court received relator's supplemental petition for writ of habeas corpus originally filed in the trial court. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's supplemental petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 13th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2008EM504721, styled *In the Interest of S.I.R., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.